Submitted on record and briefs April 28, reversed and remanded for new trial September 6, 1995, petition for review allowed March 6, 1996 (322 Or 644)

STATE OF OREGON,
*Respondent,*

*v.*

JAMES MICHAEL JUNGWIRTH,
*Appellant.*

(92-CR-0574; CA A81746)

902 P2d 114

James Michael Jungwirth filed the brief *pro se.*

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Kaye E. Sunderland, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM